**STATE of Missouri, Respondent,**

v.

**Margaret IRVING, Appellant.**

**ED 102292**

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: October 13, 2015

Amy M. Bartholow, 1000 W. Nifong, Bdg. 7, Suite 100, Columbia, MO 65203, for appellant.

1. All rule references are to Mo. R. Crim. P. 2013, unless otherwise indicated.

Chris Koster, Shaun J. Mackelprang, P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before: Philip M. Hess, P.J., Gary M. Gaertner, Jr., J., and Angela T. Quigless, J.

## ORDER

**PER CURIAM**

Margaret Irving appeals the judgment entered upon her conviction by jury of producing more than five grams of marijuana, maintaining a public nuisance, and possessing more than 35 grams of marijuana. We have reviewed the briefs of the parties and the record on appeal and conclude that no reversible error occurred. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b) (2015).